UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3403 ODW(SHx) | | Date | June 4, 2010 |
|---|---|---|---|---|
| Title | Marline N. Mutsch et al v. Vandenberg AFB, CA et al. | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement; Order Vacating Bench Trial

The Court is in receipt of the Notice of Settlement [56] filed June 4, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 12, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Bench Trial scheduled for June 8, 2010 at 9:00 a.m. is VACATED.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN